Second Department. January 19, 1906.) Action by William P. Hannan against Kate B. Boldin. No opinion. Judgment affirmed, with costs.

HARBECK et al., Respondents, v. TOBIN, Appellant. (Supreme Court, Appellate Division, First Department. January 19, 1906.) Action by Henry Harbeck and another against John J. Tobin. L. Leo, for appellant. A. S. Brown, for respondents. No opinion. Judgment and order affirmed, with costs.

HARDENBROOK, Respondent, v. NEW YORK CITY RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 29, 1905.) Action by Frank M. Hardenbrook against the New York City Railway Company.

PER CURIAM. The confused state of this record makes it impossible to understand in what form the learned trial justice intended to settle the case on appeal. It is therefore proper that it should go back to him for a resettlement. The order appealed from is reversed, and the case on appeal remitted for resettlement, without costs.

HASTE, Respondent, v. NEW YORK & H. R. CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. December 8, 1905.) Action by Christian Haste against the New York & Harlem Railroad Company and another. A. S. Lyman, for appellants. J. C. Bushby, for respondent. No opinion. Judgment affirmed, with costs.

(110 App. Div. 918)

HATTON et al., Respondents, v. SUPREME COUNCIL CATHOLIC BENEV. LEGION, Appellant. (Supreme Court, Appellate Division, Second Department. December 29, 1905.) Action by Patrick J. Hatton and Charlotte A. Carey against the Supreme Council Catholic Benevolent Legion. No opinion. Judgment affirmed, with costs, on the authority of Beach v. Supreme Tent K. of M., 177 N. Y. 100, 69 N. E. 281.

HAUBNER, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. February 9, 1906.) Action by Emily S. Haubner against the Metropolitan Street Railway Company. B. H. Ames, for appellant. J. A. Hodge, for respondent.

PER CURIAM. Judgment and order affirmed, with costs.

INGRAHAM and CLARKE, JJ., dissent.

HAVILAND, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 29, 1905.) Action by James W. Haviland, as administrator, etc., of Elizabeth J. Haviland, deceased, against the Brooklyn Heights Railroad Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

HAYES v. SAYERS. (Supreme Court, Appellate Division, First Department. December 15, 1905.) Action by Idaliau C. Hayes against Henry G. Sayers. No opinion. Motion granted, so far as to dismiss appeal, with $10 costs.

HAYWARD, Respondent, v. INTERURBAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. December 15, 1905.) Action by Frederick Hayward, against the Interurban Street Railway Company. B. H. Ames, for appellant. D. L. Weil, for respondent. No opinion. Judgment and order affirmed, with costs.

HEALY, Respondent, v. MALCOLM, Appellant. (Supreme Court, Appellate Division, First Department. December 8, 1905.) Action by Thomas A Healy against Janet T. Malcolm. E. W. S. Johnston, for appellant. P. M. Brett, for respondent. No opinion. Judgment affirmed, with costs.

HECK, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. December 5, 1905.) Action by George Heck against the New York Central & Hudson River Railroad Company. No opinion. Motion denied.

HELLER v. METHNER, et al. (Supreme Court, Appellate Division, First Department. January 12, 1906.) Action by Abraham A. Heller against William Methner and another. No opinion. Motion granted, so far as to dismiss appeal, with $10 costs.

HERTZEL, Respondent, v. WESTCHESTER ELECTRIC R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 29, 1905.) Action by Erdwin G. Hertzel against the Westchester Electric Railroad Company. No opinion. Judgment of the City Court of Mt. Vernon modified, by striking out the provision for an extra allowance on the ground of want of authority in the trial court to grant the same, and judgment, as modified, and order, unanimously affirmed, without costs.

In re HESTER ST. SCHOOL SITE. (Supreme Court, Appellate Division, First Department. January 22, 1906.) In the matter of the Hester Street school site. No opinion. Reference ordered.

HEWSEY v. QUEENS BOROUGH GAS CO. (Supreme Court, Appellate Division, First Department. December 15, 1905.) Action by Mary A. Hewsey against the Queens Borough Gas Company. No opinion. Motion denied, with $10 costs.

HEYMAN, Appellant, v. SCHLESINGER, Respondent. (Supreme Court, Appellate Division, First Department. February 9, 1906.) Action by David Heyman against Leo Schlesinger. M. D. Steuer, for appellant. C. Strauss, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.